# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **1:25-CR-120** |
| **v.** | ) | **JUDGE McDONOUGH** |
| | ) | **JUDGE DUMITRU** |
| **PABLO JACINTO-TORRES** | ) | |

---

## NOTICE OF APPEARANCE

Notice is hereby given that James T. Brooks enters an appearance as counsel for PABLO JACINTO-TORRES in the above-styled criminal matter. Counsel appears as co-counsel, pro bono. All pleadings, motions, notices and orders relating to district court proceedings should be served electronically through the Court's CM/ECF system upon the undersigned.

RESPECTFULLY SUBMITTED

s/James T. Brooks
James T. Brooks
Counsel for Defendant
BPR NO. 021822
JAMES BROOKS LAW
735 Broad Street, St. 709-3
Chattanooga, TN
37402