**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**

☐ REARRAIGNMENT

☑ WAIVER OF INDICTMENT/PLEA

Case No. 1:25-cr-120 ___ USA v. Pablo Jacinto-Torres

**PRESENT:** Honorable Mike Dumitru ___ ☐ U.S. District Judge ☑ U.S. Magistrate Judge

Russ Swafford ___ Everett Hoagland ___
Assistant U.S. Attorney — Attorney for Defendant — Probation Officer

Ashley Williams ___ DCR 4 ___
Courtroom Deputy — Court Reporter — Interpreter(s)

☐ **SWORN**

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☑ Waiver executed
☐ Deft waived reading of indictment/information
☐ Indictment ☑ Information read
☑ Defendant pleads guilty to Count(s) 1 ___
☑ Court finds deft competent to plead; plea voluntary
☐ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - - Agreement: ☐ sealed ☑ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on ___ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: ___

**SENTENCING:** 6/5/2026 at 9:00 am ___

**OTHER MATTERS:**

Initial Appearance was held on Information.

I, Ashley Williams, CERTIFY the official record of this proceeding is an audio file. Chatt DCR 1-24-cr-78_20260123_141147

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: 3:14 ___ to 3:39 ___ Date: 1/23/2026 ___

rev 3/10